1050

No. 10–6763. JONES *v.* DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT ET AL. C. A. 8th Cir. Certiorari denied.

No. 10–6839. RAINEY *v.* KNOWLES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–6857. EL SHABAZZ *v.* COMMITTEE ON CHARACTER AND FITNESS, APPELLATE DIVISION, SUPREME COURT OF NEW YORK, SECOND JUDICIAL DEPARTMENT. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 10–6908. GREGG *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–6923. WOLFORD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–6932. CAYETANO-CAMACHO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–6933. CARR *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–6938. KNOWLES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–6946. PEOPLES *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–6949. HARRIS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–6951. FEW *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–6965. BIGGS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 10–6967. WATSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–6970. WILLIAMS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–6971. WILLIAMS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.